IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GARY MICHAEL ALSTON, JR.,
        Plaintiff,
    v.                                    **Judgment in a Civil Case**
CUMBERLAND COUNTY DETENTION
CENTER; MAJOR JOHN MCRAINEY;
SHERIFF EARL MOOSE BUTLER; CPL
CARL,
        Defendants.                      Case Number: 5:10-CT-3007-bo

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendant Cumberland County Detention Center having been dismissed earlier in the action, the remaining defendants' motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 2, 2011, with service on:
Gary Michael Alston, Jr. 0897141, Pasquotank Correctional Center, 527 Commerce Drive, Elizabeth City, NC 27906 (via U.S. Mail)
Ronnie M. Mitchell (via CM/ECF Notice of Electronic Filing)

September 2, 2011                                  /s/ Dennis P. Iavarone
                                                                       Clerk

Raleigh, North Carolina